[No. 26028-0-II.   Division Two.   July 20, 2001.]

MICHAEL SIMMS, *Appellant*, v. AMERICAN UNDERWRITERS AGENCIES, INC.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-05440-6, Terry D. Sebring, J., entered January 14, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Quinn-Brintnall, JJ.

[No. 26263-1-II.   Division Two.   July 20, 2001.]

*In the Matter of the Estate of* SAMUEL D. CARD.

TONYA CARD, ET AL., *Appellants*, v. THE STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-06995-7, Kitty-Ann van Doorninck, J., entered July 28, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Quinn-Brintnall, J.

[No. 26471-4-II.   Division Two.   July 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ULYSSES R. KELSON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-1-01433-1, Terry K. McCluskey and Jay B. Roof, JJ., entered September 12, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Quinn-Brintnall, JJ.